IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |  |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action File No. 2:14-cv-154-RWS |
| FIRST MULTIPLE LISTING SERVICES, INC., CANTEY PACE DAVIS, W. SCOTT ASKEW, III, DAVID L. BOEHMIG, DAN FORSMAN, MARTHA HAYHURST, DAN PARMER, FRANK NORTON, JR., CHARLOTTE SEARS, GENE VANCE, WANDA GAIL STANLEY, HEATHER Q. BOLINGER, PAUL A. TERRY and ANNE M. TERRY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of all claims asserted in this civil action, with each party to bear its costs and attorney fees.

Respectfully submitted this 11th day of May, 2016.

| | |
|---|---|
| */s/ Dirk E. Ehlers* | */s/ Daniel C. Norris* |
| Michael H. Schroder<br>Georgia Bar No. 630075<br>**Swift, Currie, McGhee & Hiers, LLP**<br>1355 Peachtree Street, NE, Suite 300<br>Atlanta, Georgia 30309<br>T: (404) 874-8800<br>F: (404) 888-6199<br>Mike.Schroder@SwiftCurrie.com<br><br>Carrie E. Cope<br>(*admitted pro hac vice*)<br>Dirk E. Ehlers<br>(*admitted pro hac vice*)<br>**Cope Ehlers, P.C.**<br>120 W. Madison Street, Suite 1300<br>Chicago, Illinois 60602<br>T: (312) 549-9280<br>F: (312) 549-9389<br>CCope@CopeEhlers.com<br>DEhlers@CopeEhlers.com<br><br>**Attorneys for Plaintiff/Counter Defendant Philadelphia Indemnity Insurance Company** | Gerald L. Mize, Jr.<br>Georgia Bar No. 514316<br>Daniel C. Norris<br>Georgia Bar No. 140838<br>Tejas S. Patel<br>Georgia Bar No. 685898<br>**Alston & Bird, LLP**<br>1201 W. Peachtree Street<br>One Atlantic Center<br>Atlantic, Georgia 30309<br>T: (404) 881-7000<br>F: (404) 881-7777<br>G.Mize@Alston.com<br>D.Norris@Alston.com<br>Tejas.Patel@Alston.com<br><br>**Attorneys for Defendants/Counter Claimants First Multiple Listing Services, Inc., Cantey Pace Davis, W. Scott Askew, III, David L. Boehmig, Dan Forsman, Martha Hayhurst, Dan Parmer, Frank Norton, Jr., Charlotte Sears, Gene Vance and Wanda Gail Stanley** |

## **LOCAL RULE 5.1B CERTIFICATION**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

By:   *s/Dirk E. Ehlers*

Michael H. Schroder
Georgia Bar No. 630075
**Swift, Currie, McGhee & Hiers, LLP**
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
T: (404) 874-8800
F: (404) 888-6199
Mike.Schroder@SwiftCurrie.com

Carrie E. Cope
(*admitted pro hac vice*)
Dirk E. Ehlers
(*admitted pro hac vice*)
**Cope Ehlers, P.C.**
120 W. Madison Street, Suite 1300
Chicago, Illinois 60602
T: (312) 549-9280
F: (312) 549-9389
CCope@CopeEhlers.com
DEhlers@CopeEhlers.com

**Attorneys for Philadelphia Indemnity Insurance Company**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,  ) <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> FIRST MULTIPLE LISTING ) <br> SERVICES, INC., CANTEY PACE ) <br> DAVIS, W. SCOTT ASKEW, III, ) <br> DAVID L. BOEHMIG, DAN FORSMAN, ) <br> MARTHA HAYHURST, DAN PARMER, ) <br> FRANK NORTON, JR., CHARLOTTE ) <br> SEARS, GENE VANCE, WANDA GAIL ) <br> STANLEY, HEATHER Q. BOLINGER, ) <br> PAUL A. TERRY and ANNE M. TERRY, ) <br>  ) <br> Defendants.  ) | Civil Action No.   2:14-cv-00154 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF system, which will deliver a copy to all counsel of record.

Submitted this 11th day of May, 2016.

By:   *s/Dirk E. Ehlers*

Michael H. Schroder
Georgia Bar No. 630075
**Swift, Currie, McGhee & Hiers, LLP**
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
T: (404) 874-8800
F: (404) 888-6199
Mike.Schroder@SwiftCurrie.com

Carrie E. Cope
(*admitted pro hac vice*)
Dirk E. Ehlers
(*admitted pro hac vice*)
**Cope Ehlers, P.C.**
120 W. Madison Street, Suite 1300
Chicago, Illinois 60602
T: (312) 549-9280
F: (312) 549-9389
CCope@CopeEhlers.com
DEhlers@CopeEhlers.com